# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

CASE NO.: **11-44801-LMI**

☐     1st     Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐            Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Fernando Muñoz            CO-DEBTOR: Lusidalia Muñoz
Last Four Digits of SS# xxx-xx-9206      Last Four Digits of SS# xxx-xx-0784

☐ This document is a plan summary. Additional data on file in clerk's office attached to original plan.

**MONTHLY PLAN PAYMENT:** Including trustee's fee not to exceed 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of  36  months: In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors' pro-rata under the plan:

    A.     $ 127.77  for months  1  to  36 ;
    B.     $_____ for months _____ to _____ ;
    C.     $_____ for months _____ to _____ in order to pay the following creditors:

Administrative:      Attorney's Fee    $ 3,750.00 + $500.00 (Motion to Value) = $4,250.00
                     TOTAL PAID    $3,000.00
                     Balance Due      $ 1,250.00  payable $ 104.17  month (Months  1  to  12 )

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. § 1325 (a)(5)] Mortgages(s)/Liens on Real or Personal Property:

1. n/a                                  Arrearage on Petition Date $_____
Address _____ Arrears Payment $_____/month (Months ____ to ___)
                                      Arrears Payment $_____/month (Months ____ to ___)
                                      Regular Payment $_____/month (Months ____ to ___)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Value of Collateral | Rate of Interest | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
| Bank of America<br>Loan No. xxxx0696<br>Prop Add: 19052 SW 120th Ct<br>Miami, FL 33177 | $115,000.00 | 0% | N/A | N/A | N/A |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. n/a                                Total Due $_____
                               Payable $_____/month (Months ____ to ___)

Unsecured Creditors: Pay $ 10.83  month (Months  1  to  12  ). Pay $115.00/mo (Mos 13 to 36)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above : The debtors are paying BAC Home Loans Servicing LP (Loan No. xxx7673), Ricardo M. Espinosa and Nissan Motor Acceptance Corp (Loan No. xxxx0001) directly outside the plan. The debtors will provide copies of his income tax returns to the Chapter 13 trustee on or before May 15 during the pendency of the plan. The debtors will amend schedules I and J and modify the plan if necessary. If the debtors receives gambling winnings during the pendency of the plan, that money will be turned over to the Chapter 13 Trustee for the benefit of the unsecured creditors.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Robert Sanchez, Esq.
Attorney for debtor
Date: 03/06/12